**No. 10-468. TransCor America, LLC, et al., Petitioners v. Kevin M. Schilling, et al.**

562 U.S. 1200, 131 S. Ct. 1044, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 956.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-522. Anthony Mark Bianchi, Petitioner v. United States.**

562 U.S. 1200, 131 S. Ct. 1044, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1011.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 156.

**No. 10-542. Alton T. Terry, Petitioner v. Tyson Farms, Inc.**

562 U.S. 1200, 131 S. Ct. 1044, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1031.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 272.

**No. 10-544. Frank Gangi, Petitioner v. Verizon New England, Inc., dba Verizon Massachusetts, et al.**

562 U.S. 1200, 131 S. Ct. 1044, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1062.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 603 F.3d 71.

**No. 10-578. Wagoner County Rural Water District No. 2, et al., Petitioners v. Grand River Dam Authority.**

562 U.S. 1200, 131 S. Ct. 1045, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1051.

January 24, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Second Division, denied.

Same case below, 241 P.3d 1132.

**No. 10-591. Highland Capital Management, L.P., Petitioner v. Leonard Schneider, et al.**

562 U.S. 1200, 131 S. Ct. 1045, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1072.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 607 F.3d 322.

**No. 10-616. Thomas John Salzano, Petitioner v. North Jersey Media Group, Inc., dba The Record, et al.**

562 U.S. 1200, 131 S. Ct. 1045, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1042.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

Same case below, 201 N.J. 500, 993 A.2d 778.